UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH D. GILBERTI, JR.,

    Plaintiff,

v.                                            Case No.:  2:19-cv-559-FtM-38MRM

ADRURRA GROUP INC.,
HENNINGSON, DURAM &
RICHARDSON, INC., STANTEC
CONSULTING SERVICES, INC.,
CAROLLO ENGINEERS, INC.,
PROGRESSIVE WATER
RESOURCES, LLC and HAZEN
AND SAWYER, PC,

    Defendants.
_____/

**ORDER**[1]

Before the Court is a *sua sponte* review of *pro se* Plaintiff Joseph Gilberti, Jr.'s Complaint. (Doc. 1).  Gilberti sues Defendant-companies because his ranch in Sarasota, Florida has access to an "endless underground spring river . . . potentially tied to a much deeper Global vast Ocean" that Defendants are hiding from the public.  (Doc. 1 at 6).

Middle District of Florida Local Rule 1.02(c) provides that "[a]ll civil proceedings of any kind shall be instituted in that Division encompassing the county or counties having the greatest nexus with the cause, giving due regard to the place where the claim arose and the residence or principal place of business of the parties."  Local Rule 1.02(c).  The

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

only nexus to the Fort Myers Division is Gilberti being in Lee County. But all six Defendants are in Tampa, Sarasota, and New York. And Gilberti's property with the access to the underground river is in Sarasota. Gilberti also connects much of the alleged wrongdoing to Defendants' service contracts with the Peace River Manasota Water Supply Authority. Because the Tampa Division has the greatest nexus with this suit, the Court transfers it to that division.

Accordingly, it is now

**ORDERED:**

The Clerk of Court is directed to **TRANSFER** this case to the **Tampa Division** of the Middle District of Florida and **CLOSE** the Fort Myers case file.

**DONE** and **ORDERED** in Fort Myers, Florida on this 14th day of August 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record